| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. HARTER, CA Bar #179741 |
| | Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant |
| | MICHAELE MEIER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-194 MCE |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S WAIVER OF APPERANCE; |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| MICHAELE MEIER | ) | JUDGE: Hon. Morrison C. England, Jr. |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 43(c) of the Federal Rules of Criminal Procedure, the defendant, Michaele Meier, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, specifically including, her sentencing hearing which is currently scheduled for October 24, 2013.

With the Court's permission the defendant, Michaele Meier, would like to appear telephonically for sentencing. She will be at a land line in a government office and defense counsel will provide all necessary information to the courtroom deputy in advance of the hearing.

As the Court is aware, Ms. Meier is the primary care giver for three children and has 50% custody of two additional kids. Several of her kids have disabilities, but it is primarily her youngest child that prevents her from traveling. The baby has recently had another surgery and

-1-

is unable to travel. In addition, her husband is active duty military and will be away on orders next week. These were the same issues that led the Court to approve Ms. Meier's change of plea via telephone. Ms. Meier is under the supervision of pretrial services. Her new pretrial services officer is Michelle Ries.

The parties are jointly requesting a probationary sentence in this case.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: October 18, 2013

/s/ Michaele Meier
MICHAELE MEIER
Original retained by attorney

I agree with and consent to my client's waiver of appearance.

Dated: October 18, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MICHAELE MEIER

**ORDER**

Good cause appearing, the Defendant, will be allowed to appear telephonically for sentencing in this case on October 24, 2013.

IT IS SO ORDERED.

Dated: October 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT